GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ALBRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; and CITICARDS BANK, N.A.,<br><br>Defendants. | Case No. 2:22-cv-01271-RFB-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 3, 2022 through and including **November 2, 2022**. The request was made by Equifax so that the parties can have

/ /

/ /

/ /

/ /

1  additional time to engage in settlement negotiations, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.
3       Respectfully submitted, this 30th day of September, 2022.

| | |
|---|---|
| CLARK HILL PLLC | *No opposition* |
| By:  /s/Gia N. Marina | /s/Michael Kind |
| Gia N. Marina | Michael Kind |
| Nevada Bar No. 15276 | Nevada Bar No. 13903 |
| 3800 Howard Hughes Pkwy, Suite 500 | KIND LAW |
| Las Vegas, NV 89169 | 8860 South Maryland Parkway, Suite 106 |
| Tel: (702) 862-8300 | Las Vegas, NV 89123 |
| Fax: (702) 778-9709 | Phone: (702) 337-2322 |
| Email: gmarina@clarkhill.com | Fax: (702) 329-5881 |
| *Attorney for Defendant Equifax Information Services LLC* | Email: mk@kindlaw.com |
| | George Haines, Esq. |
| | Nevada Bar No. 9411 |
| | Gerardo Avalos, Esq. |
| | Nevada Bar No. 15171 |
| | HAINES & KRIEGER, LLC |
| | 8985 S. Eastern Ave., Suite 350 |
| | Henderson, NV 89123 |
| | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 30, 2022