Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: clarkas@ballardspahr.com

*Attorneys for Defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY ALBRIGHT,<br><br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CITICARDS BANK, N.A.,<br><br>            Defendants. | CASE NO. 2:22-cv-01271-RFB-EJY<br><br>UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(First Request) |

The response of defendant Citibank, N.A. (named as "CitiCards Bank, N.A.") is due November 18, 2022. Citibank has requested, and Plaintiff has agreed, that Citibank has up to and including December 2, 2022, to respond to Plaintiff's complaint to provide additional time for Citibank to investigate Plaintiff's allegations and for Citibank to prepare an adequate responsive pleading.

Although Plaintiff's counsel consented to this extension, Citibank's counsel was unable to reach opposing counsel in time to authorize a stipulation and proposed order, which is why this request is styled, instead, as an unopposed motion. However, counsel for Citibank represents that Plaintiff's counsel does not intend to oppose this request. *See* Exhibit A, Email between Counsel (proposed settlement

DMWEST #17703735 v1

terms redacted). Citibank asserts that there is good cause under Fed. R. Civ. P. 6(b)(1) to extend this deadline, given that Citibank's counsel was recently retained and intends to discuss whether early resolution to this case is possible.

This is Citibank's first request for extension and is made in good faith and not for purposes of delay.

DATED this 18th day of November, 2022.

BALLARD SPAHR LLP

By: /s/ Andrew S. Clark
Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Citibank, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2022

2

DMWEST #17703735 v1