Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Albright*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Albright,<br>            Plaintiff,<br> v.<br><br>Experian Information Solutions, Inc., et al.,<br>            Defendants. | Case No.: 2:22-cv-01271-RFB-EJY<br><br>**Stipulation for dismissal of Citibank, N.A. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mary Albright and Citibank, N.A. stipulate to dismiss Plaintiff's claims against Citicards

STIPULATION                                 - 1 -

with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 4, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mary Albright*

**BALLARD SPAHR LLP**

/s/ Michael J.M. Fausey
Michael J.M. Fausey, Esq.
Joel Tasca, Esq.
One Sumerlin 1980 Festival Plaza Dr #900
Las Vegas, Nevada 89135
*Counsel for Citibank, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2023.

STIPULATION                                 - 2 -